An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARY J. MAGRUDER, M.D., AN INDIVIDUAL; AND ELLIS, BANDT, BIRKIN, KOLLINS & WONG, PROF. CORP., D/B/A DESERT RADIOLOGISTS, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE, Respondents,

and

THE ESTATE OF PETER ELON SIMMONS, DECEASED BY AND THROUGH BEATRICE SIMMONS, SPECIAL ADMINISTRATOR; AND BEATRICE SIMMONS, INDIVIDUALLY, Real Parties in Interest.

No. 67301

**FILED**

JUN 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

Having considered the parties' briefs and appendices in this original proceeding, we decline to intervene. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-17820

cc: Hon. Michael Villani, District Judge
Hutchison & Steffen, LLC
Bowen Law Offices
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A